Flanderijn van Ginkel

Incasso gerechtsdeurwaarders betalingsbeheer

*This case is handled by Vondst Advocaten, holding office at (1071 KN) Amsterdam, at the Jacob Obrechtstraat 56. Telephone number: 020-5042000.*

**SERVICE**

**File number**: 90005712/abt

Today, the twentieth November

Two thousand and thirteen,

I,

    Hendrick Gezinus Schoonhoven, as assigned junior bailiff at the office of Albert Eduard van Ginkel, bailiff with its office at the municipality Utrechtse Heuvelrug having its office at Driebergen-Rijsenburg at Kerkstraat 24;

**HAVE, AT THE REQUEST OF:**

1. the company under the law of its place of domicile **VocalTag Ltd.**, with its office in Netanya, Israel;
2. the company under the law of its place of domicile **SCR Engineers Ltd.**, with its office in Netanya, Israel

both parties hereby choosing as their address in this case (1071 KN) Amsterdam at the Jacob Obrechtstraat 56 at the office of mr. T.F.W. Overdijk;

**ON:**

The private limited company **AGIS AUTOMATISERING B.V.**, officially domiciled and having its office at (3481 LT) Harmelen, municipality Woerden, at Gerverscop 9, there serving my writ and leaving a copy hereof with:

*Ms. Kemp, employed there*

**SERVED**

1. A "complaint for patent infringement"
   translation: a complaint for patent infringement
   with annexes A and B dated 03-09-2013

       Annex A – United States Patent
       Translation: an American patent dated 01-04-2008 with number US 7,350,481 B2.

       Annex B – United States Patent
       Translation: an American Patent dated 01-02-2011 with number US 7,878,149 B2.

2. A "Summons in a civil action"
   Translation: a summons in a civil action
   Between parties VocalTag Ltd. And SCR Engineers Ltd aforementioned as plaintiffs and the party AGIS AUTOMATISERING B.V. aforementioned as defendant dated 09-04-2013.

3. A "Civil cover sheet"
   Translation: civil cover sheet
   for the civil proceedings between aforementioned parties
   dated 09-03-2013

4. A "Notice to counsel"
   Translation: notice to counsel
   For the civil proceedings between aforementioned parties
   Dated 09-03-2013

5. A "Report on the filing of determination of an action regarding a patent or trademark"
   Translation: report on the filing of determination of an action regarding a patent of a trademark"
   For the civil proceedings between aforementioned parties
   Filled in on 09-03-2013

6. A "Notice, consent and reference of a civil action to a magistrate Judge"
   Translation: notice, consent, and reference of a civil action to a magistrate Judge
   This form is not filled in.

To which documents is expressly referred.

This service was carried out in order to inform the private limited company **AGIS AUTOMATISERING B.V.** thereof.

Costs of this are: € 60,69.

                                                             (assigned junior bailiff)

                                                                     [signature]