UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

VocalTag Ltd. and SCR Engineers Ltd.,

    Plaintiffs,

vs.

Case No. 13-CV-612-JDP

Agis Automatisering B.V.,

    Defendant.

## ORDER FOR COMMISSION TO TAKE ORAL TESTIMONY OF ALBERT GEESSIENUS DOUMA

Upon consideration of the Unopposed Motion of Plaintiffs VocalTag Ltd. ("VocalTag") and SCR Engineers Ltd. ("SCR") (collectively, "Plaintiffs"), it is hereby **ORDERED** that a Commission issue in this action to take oral testimony from Albert Geessienus Douma, Dommelerdijk 101, 7711 CC NIEUWLEUSEN, NETHERLANDS, to the District Court of the Netherlands or other Court with jurisdiction over Mr. Douma, and to compel such witness to appear and give oral testimony before District Court or other court or before an authorized person who is qualified to administer oaths, and to have that oral testimony transcribed or recorded. Albert Geessienus Douma

BY THE COURT:

_____  2-26-15
U.S. MAGISTRATE JUDGE

#5589043 v1 \023570 \0001