IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VOCALTAG LTD. and
SCR ENGINEERS LTD.,

      JUDGMENT IN A CIVIL CASE

   Plaintiffs,

      Case No. 13-cv-612-jdp

v.

AGIS AUTOMATISERING B.V.,

   Defendant.

   This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Agis Automatisering B.V., granting summary judgment of non-infringement and no willful infringement, dismissing without prejudice defendant's counter claims for declaratory judgment of invalidity and dismissing this case.

s/V. Olmo, Deputy Clerk                               6/8/2015

Peter Oppeneer, Clerk of Court                           Date